UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BILLY VICTOR DENNY, JR.,<br><br>       Plaintiff,<br><br> v.<br><br>CAROLINE W. COLVIN, Acting Commissioner of Social Security,<br><br>       Defendant. | Case No.  14-5413 RBL-KLS<br><br>REPORT AND RECOMMENDATION |

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976).  This matter is before the Court on the stipulated motion for remand (ECF 18) to the Commissioner of Social Security for further administrative proceedings, including further development of the record, a *de novo* hearing, and a new decision.  After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion.

This Court recommends that on remand, the Administrative Law Judge will: (1) evaluate the claimant's medically determinable mental impairments pursuant to the special technique described in 20 CFR §§ 404.1520a and 416.920a, which shall include obtaining medical expert testimony from an individual specializing in psychology or psychiatry, and, in addition, the ALJ may send the claimant for a mental consultative examination; (2) give further consideration to the medical opinions in the record and explain the weight given to such evidence; (3) give further

REPORT AND RECOMMENDATION - 1

consideration to the claimant's credibility; (4) further evaluate the claimant's residual functional capacity; (5) if necessary, analyze whether alcoholism and/or substance abuse is a material factor in this case; and (6) obtain supplemental vocational evidence.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a),(d).

Given the fact of the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED.**   A proposed order accompanies this Report and Recommendation.

DATED this 30th day of September, 2014.

Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2