UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BILLY VICTOR DENNY, JR.,<br><br>                    Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No. 14-5413 RBL-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

   This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom [ECF 19] recommending that this case be remanded, based on the stipulation of the parties [ECF 18].  It is therefore ORDERED

   (1)  The Court ADOPTS the Report and Recommendation;

   (2)  The Court REVERSES and REMANDS for further administrative proceedings; and

   (3)  The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

   DATED this 2nd day of October, 2014.


                                   _____
                                   RONALD B. LEIGHTON
                                   UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1